2010-32926
FILED
August 27, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0002882738

**3**

1  PROBER & RAPHAEL, A LAW CORPORATION
2  DEAN PROBER, ESQ., #106207
   LEE S. RAPHAEL, ESQ., #180030
3  CASSANDRA J. RICHEY, ESQ. #155721
   P.O. Box 4365
4  Woodland Hills, California 91365-4365
5  (818) 227-0100
   (818) 227-0101 facsimile
6  F.040-1856
7  Attorneys for Secured Creditor U.S. Bank, N.A.

8                    UNITED STATES BANKRUPTCY COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10  In re                                    Bk. No. 10-32926-A-7

11
    SVETLANA A. KARPUKHINA             Motion No. PPR-1
12

13                                           CHAPTER 7
                Debtor.
14                                           Hearing-
                                             Date : August 23, 2010
15  JOHN R. ROBERTS,                         Time : 9:00 a.m.
16                                           Place : U.S. Bankruptcy Court
                Trustee,                              501 I Street
17                                                    Sacramento, CA
                                                     Courtroom 28 Dept. A
18  _____ /              Judge: Michael S. McManus

19

20              ORDER FOR RELIEF FROM AUTOMATIC STAY

21          It appearing that neither the Debtor nor the Chapter 7 Trustee has any opposition

22  to Secured Creditor's Motion for Relief from Automatic Stay, and with good cause appearing

23  therefore, the Court makes its Order as follows:

24          IT IS HEREBY ORDERED that the Automatic Stay in the above-entitled

25  Bankruptcy proceeding is immediately vacated and extinguished as to U.S. Bank, N.A., its

26  assignees and/or successors in interest ("Secured Creditor" herein), and Secured Creditor, its

27  assignees and/or successors in interest may proceed with foreclosure of the subject Property

28

RECEIVED
August 26, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002882738

generally described as **6208 Melrose Drive, North Highlands California,** pursuant to applicable statutory law, and thereafter commence any action necessary to obtain complete possession thereof.

IT IS FURTHER ORDERED that entry of this order shall be deemed to constitute relief from the automatic stay as to any interest the Chapter 7 Trustee may have in the subject Property.

IT IS FURTHER ORDERED that, because it appears the value of the collateral does not exceed Secured Creditor's claim, Secured Creditor is not awarded attorneys' fees and costs for the Motion.

IT IS FURTHER ORDERED that the provisions of California Civil Code §2924g(d) run concurrently with Bankruptcy Rule 4001(a)(3) and Bankruptcy Rule 4001(a)(3) is not waived.

IT IS FURTHER ORDERED that this bankruptcy proceeding has been finalized for purposes of Cal. Civil Code Section 2923.5 and the enforcement of the note and deed of trust described in the motion against the subject real property. Further, upon entry of this order granting relief from the automatic stay, the movant and its successors, assigns, principals, and agents shall comply with Cal. Civil Code Section 2923.52 et seq., the California Foreclosure Prevention Act, to the extent it is otherwise applicable.

Dated: August 27, 2010

By the Court

Michael S. McManus
United States Bankruptcy Judge